**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Case No.:  8:08-CV-01482 T17 TBM**

KELLY MAIER and ANDREW MAIER,

      Plaintiff,

vs.

ZAKHEIM & ASSOCIATES, P.A., FLYNN
LA VRAR and DISCOVER BANK,

      Defendant.                                          /

**<u>NOTICE OF APPEARANCE</u>**

      DAVID P. HARTNETT, ESQ. of the law firm of Hinshaw & Culbertson hereby files his Notice of Appearance as counsel on behalf of  Defendants, ZAKHEIM & ASSOCIATES, P.A. and FLYNN LA VRAR.

      All parties are requested to continue to forward copies of pleadings and pertinent forms and correspondence to David P. Hartnett, Esquire.

      Dated: August 28, 2008.

                                          s/David P. Hartnett
                                          David P. Hartnett
                                          Florida Bar No. 946631
                                          dhartnett@hinshawlaw.com
                                          HINSHAW & CULBERTSON LLP
                                          9155 S. Dadeland Boulevard
                                          Suite 1600
                                          Miami, Florida 33156-2741
                                          Telephone: 305-358-7747
                                          Facsimile: 305-577-1063

Case No.: 8:08-CV-01482 T17 TBM

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: FREDERICK W. VOLLRATH, ESQUIRE, FBN 165812, TIMOTHY CONDON, ESQUIRE, FBN 21792 VOLLRATH-CONDON, P.A., 307 S. Fielding Avenue, Suite 2, Tampa, Florida 33606

        s/David P. Hartnett
        David P. Hartnett
        Florida Bar No. 946631
        dhartnett@hinshawlaw.com
        HINSHAW & CULBERTSON LLP
        9155 S. Dadeland Boulevard
        Suite 1600
        Miami, Florida 33156-2741
        Telephone: 305-358-7747
        Facsimile: 305-577-1063