**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KELLY MAIER, et al.,**

    **Plaintiff(s),**

**vs.**　　　　　　　　　　　　　　　　　　　　　Case No.　**8:08-CV-1482-T-17TBM**

**ZAKHEIM & ASSOCIATES, P.A., et al.,**

    **Defendant(s).**

    _____/

**ORDER TO SHOW CAUSE**

    The Plaintiff is directed to show cause by a written response filed within eleven (11) days why this case should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05.  **FAILURE TO TIMELY RESPOND TO THIS ORDER WILL RESULT IN DISMISSAL WITHOUT FURTHER NOTICE.**

    **DONE AND ORDERED** in Chambers in Tampa, Florida on this 28th day of October, 2008**.**



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record