```
           IN THE DISTRICT COURT OF THE UNITED STATES
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

KELLY MAIER
and ANDREW G. MAIER

  Plaintiffs,

vs.         CASE NO. 8:08-CV-1482-T-17-TBM

ZAKHEIM & ASSOCIATES, P.A.;
FLYNN LA VRAR; and
DISCOVER BANK,

  Defendants.
_____/

## RESPONSE TO ORDER TO SHOW CAUSE

  Comes now the undersigned attorney and hereby files this his response to the Court's Order to Show Cause dated October 28, 2008, and would state as follows: The parties are in the final stages of settlement negotiations and anticipate settlement will be concluded within the next 14 days.

1

CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that on October 28, 2008 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

_____          s/ Frederick W. Vollrath
                FREDERICK W. VOLLRATH, TRIAL COUNSEL
                FBN 165812  Email: fredvollrath@aol.com
                TIMOTHY CONDON, CO-COUNSEL
                FBN 217921  Email: tim@timcondon.net
                VOLLRATH-CONDON, P.A.
                307 S. Fielding Ave., Suite #2
                Tampa, Florida 33606
                Tel. 813-251-2626  Fax 813-254-2979
                COUNSEL FOR PLAINTIFF