```
              IN THE DISTRICT COURT OF THE UNITED STATES
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION

KELLY MAIER
and ANDREW G. MAIER

        Plaintiffs,

vs.                                  CASE NO.: 8:08-CV-01482-T17-TBM

ZAKHEIM & ASSOCIATES, P.A.;
FLYNN LA VRAR; and
DISCOVER BANK,

        Defendants.
_____/
```

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

The plaintiffs by and through their undersigned attorney hereby moves this Honorable Court to dismiss the above styled case with prejudice and would state as their grounds the parties have settled the case and resolved their differences.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2008 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

```
                              s/ Frederick W. Vollrath
                              FREDERICK W. VOLLRATH, ESQ.
                              VOLLRATH-CONDON, P.A. - 165812
                              307 S. Fielding Ave., #2
                              Tampa, Florida 33606
                              813-251-2626 Fax 813-254-2979
                              Email: fredvollrath@aol.com
                              COUNSEL FOR PLAINTIFFS
```